EDWARD HASICKA, an Infant, by His Guardian ad Litem, JOSEPH HASICKA, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries sustained by an infant plaintiff when, while playing with a ball, he fell by reason of a depression in the cement surface of a school yard adjacent to a base path marked out by defendant. Judgment affirmed, with costs. There was explicit testimony that plaintiff's foot was caught in an overhang between the white line and the depression. The photographs offered in evidence do not establish the contrary. At the times they were offered, Exhibits F. G. H and I for identification were properly excluded for lack of proof that they were fair representations when taken on April 9, 1948, of the condition which existed at the time of the accident on March 20, 1947. Nolan, P. J., Carswell, Johnston and Sneed, JJ., concur; Wenzel, J., dissents and votes to reverse the judgment as being contrary to the weight of the credible evidence, with the following memorandum: It appears clearly to me from the photographs which are plaintiff's Exhibit 2, and defendant's Exhibits B, C, D, L, M and N, that the defect in the pavement was of such a character that there was no overhang under which the plaintiff's foot could have been caught, nor any conformation in which it could have become wedged. In my opinion, the plaintiff told the truth when he said he "tripped".

RITA HUMMEL et al., Respondents, v. ROBERT R. BARRY, Appellant.—In a consolidated action to recover damages for personal injuries and property damage arising out of the collision of two automobiles operated by respondent Lewis R. Hummel and appellant Robert R. Barry, respectively, verdicts were rendered in favor of a guest passenger, Rita Hummel, against the defendant Robert R. Barry, and in favor of each defendant in actions by the respective owner-operators against each other. Judgment unanimously affirmed, with one bill of costs. No opinion. Present—Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

In the Matter of ALEX ASTRAB, Petitioner, against JOHN F. O'CONNELL et al., as Members of the State Liquor Authority, Respondents. (Second Proceeding.) — This is a proceeding under article 78 of the Civil Practice Act to review a determination of respondents, as members of the State Liquor Authority, revoking petitioner's restaurant liquor license. We hold there was ample credible evidence to justify a finding that petitioner violated subdivision 3-b of section 102 and subdivision 12 of section 106 of the Alcoholic Beverage Control Law. For that reason the determination is unanimously confirmed and the proceeding dismissed, without costs. Present—Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 275 App. Div. 668.]